IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, NA ) | CIVIL ACTION FILE |
| ) | NO. 1:10-cv-1459 |
| Plaintiff, ) | |
| ) | |
| vs. ) | REMOVED FROM DEKALB COUNTY |
| ) | |
| GWENDYOLYN RANSBY and/ or ALL ) | STATE COURT CASE NO. |
| ) | 10D43157 |
| Defendants. ) | |
| ) | |

**EMERGENCY MOTION TO REMAND**

COMES NOW JP Morgan Chase Bank, NA ("JP Morgan"), Plaintiff in the above-styled civil action, and hereby moves this honorable Court to remand this action to the State Court of DeKalb County, Georgia on an emergency basis. A brief is being filed herewith.

WHEREFORE JP Morgan respectfully moves this Court to immediately remand this action to the State Court of DeKalb County, Georgia.

Respectfully submitted this 7th day of July, 2010.

JOHNSON & FREEDMAN, LLC

By: /s/ Kyle S. Kotake
Kyle S. Kotake
Georgia Bar No. 428697
Attorneys for Plaintiff

1587 N.E. Expressway
Atlanta, Georgia  30329
678-298-8863
kskotake@jflegal.com
11728608/A6966116

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **EMERGENCY MOTION TO REMAND** was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Gwendolyn Ransby
And / Or All Others
5289 Sandy Lake East
Lithonia, GA 30038

This 7th day of July, 2010.

/s/ Kyle S. Kotake
Kyle S. Kotake
Attorney for Plaintiff

JOHNSON & FREEDMAN, LLC
1587 N.E. Expressway
Atlanta, Georgia 30329
678-298-8823
kskotake@jflegal.com